| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | 2009 OCT 23 PM 1:52 |
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** | Case No.: **06-00419** |
| In re:<br>**JOSE LISSUE BERNADES, SR.**<br>**MARGARET BERNADES**<br>Debtor(s). | Chapter: **13** |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011: | $ 46.74 |
|---|---|
| This payment represents funds remaining unpaid on the claims(s) listed below. | |

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| **005** | BANK OF AMERICA, NA (USA)<br>NC4-105-03-14<br>PO BOX 26012<br>GREENSBORO, NC 27420-6012 | $ 6,781.51 | $ 46.74 |
| | | $ | $ |
| | | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: October 23, 2009

/s/ _____
Trustee

hib_3011    5/05

U.S. Bankruptcy Court - Hawaii   #06-00419   Dkt # 37   Filed 10/23/09   Page 1 of 1